FILED 20 MAY '21 17:00 USDC-ORE

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:21-cr- 00180 - AA |
| v. | **INDICTMENT** |
| GREGORY ESCOBEDO, JR., | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | 18 U.S.C. § 2119(1) |
| | |
| | Forfeiture Allegations |

### THE GRAND JURY CHARGES:

### COUNT 1

**Carjacking**
**18 U.S.C. § 2119(1)**

On or about March 3, 2021, in the District of Oregon, defendant, **GREGORY ESCOBEDO, JR.**, took a motor vehicle, to wit: a 2004 Hyundai Santa Fe, that had been transported, shipped, and received in interstate or foreign commerce from and in the presence of AV1 by force, violence, and intimidation, with the intent to cause death and serious bodily harm;

In violation of Title 18, United States Code, Section 2119(1).

//

**Indictment**    **Page 1**
Revised April 2018

## COUNT 2

**Using, Carrying, and Brandishing a Firearm in Furtherance of a Crime of Violence**
**18 U.S.C. § 924(c)(l)(A)**

On or about March 3, 2021, in the District of Oregon, defendant, **GREGORY ESCOBEDO, JR.**, did knowingly use, carry, and brandish a firearm, to wit:

Glock, Model 42, .380 ACP caliber pistol,

in furtherance of a crime of violence for which defendant may be prosecuted in a court of the United States as alleged in Count 1 above;

In violation of Title 18, United States Code, Section 924(c)(l)(A).

## COUNT 3

**Carjacking**
**18 U.S.C. § 2119(1)**

On or about March 4, 2021, in the District of Oregon, defendant, **GREGORY ESCOBEDO, JR.**, attempted to take or took a motor vehicle, to wit: a 2002 Nissan Maxima, that had been transported, shipped, and received in interstate or foreign commerce from and in the presence of AV2 by force, violence, and intimidation, with the intent to cause death and serious bodily harm;

In violation of Title 18, United States Code, Section 2119(1).

## COUNT 4

**Using, Carrying, and Brandishing a Firearm in Furtherance of a Crime of Violence**
**18 U.S.C. § 924(c)(l)(A)**

On or about March 4, 2021, in the District of Oregon, defendant, **GREGORY ESCOBEDO, JR.**, did knowingly use, carry, and brandish a firearm, to wit:

Glock, Model 42, .380 ACP caliber pistol,

in furtherance of a crime of violence for which defendant may be prosecuted in a court of the United States as alleged in Count 3 above;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 5

### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about March 3 and 4, 2021, in the District of Oregon, defendant, **GREGORY ESCOBEDO, JR.**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

> 2012 – Malheur County Circuit Court, State of Oregon, Attempt to Commit a Class B Felony, Docket #12064622C; and

> 2014 – Malheur County Circuit Court, State of Oregon, Manslaughter in the Second Degree, Docket #14061148C;

did knowingly and unlawfully possess the following firearm:

> Glock, Model 42, .380 ACP caliber pistol,

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

//

//

## FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1 through 5, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in those offenses, including without limitation:

Glock, Model 42, .380 ACP caliber pistol.

Dated: May 20, 2021.

A TRUE BILL.

/s/ Grand Jury Foreperson

Presented by:

SCOTT E. ASPHAUG
Acting United States Attorney

MARCO A. BOCCATO, OSB #103437
Assistant United States Attorney